**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 19cr3174-AJB |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT OF DISMISSAL** |
| MAXIMINO PADILLA (3) , | |
| Defendant. | |

    Upon Application of the United States Attorney, without opposition by the Defendant, and good cause appearing therefrom,

    IT IS HEREBY ORDERED that the Indictment in the above-captioned case be dismissed in the interests of justice and without prejudice as to Defendant MAXIMINO PADILLA.

    **IT IS SO ORDERED**.

Dated:  March 10, 2021

Hon. Anthony J. Battaglia
United States District Judge